144 A.3d 704

BAINBRIDGE ST. ELMO BETHESDA

v.

WHITE FLINT EXP. REALTY

Pet. Docket No. 162, Sept. Term, 2016

Court of Appeals of Maryland.

August 19, 2016

Petition for writ of certiorari granted.

■

144 A.3d 704

COPSEY

v.

PARK

Pet. Docket No. 189, Sept. Term, 2016

Court of Appeals of Maryland.

August 19, 2016

Petition for writ of certiorari granted.